Submitted September 28; reversed and remanded November 9; on respondent's petition for reconsideration filed November 23, and appellant's response to respondent's petition for reconsideration filed December 7, 2016, reconsideration allowed by opinion January 11, 2017 (283 Or App 422)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## MICHELLE RAE SMITH,
*Defendant-Appellant.*

Lincoln County Circuit Court
141766; A158794

384 P3d 175

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Matthew Blythe, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and David B. Thompson, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.